UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ALL YEAR COOLING AND HEATING, INC.                Chapter 11

      Debtor.                                                        Case No.:  13-11811-RBR

_____/

## FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

All Year Cooling and Heating, Inc. and All Year Electric, Inc. (the "**Debtor**[1]"), by and through undersigned counsel, pursuant to Local Rule 3022-1(A), hereby files this Final Report and Motion for Final Decree and Closing Case, and in support thereof, respectfully states as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief requested herein are 11 U.S.C. § 350, Fed. R. Bankr. P. 3022 and Local Rule 3022-1.

### BACKGROUND

3.      On January 28, 2013, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

4.      On January 24, 2014, the Court entered an Order (the "**Confirmation Order**") [ECF No. 281] confirming the Debtor's *First Amended Plan of Reorganization* (the "**Plan**") [ECF No. 154].

---

[1]    All Year Electric, Inc.'s ("AYE") case (Case No. 13-33378-RBR) was substantially consolidated with All Year Cooling and Heating, Inc.'s ("AYC") case on December 18, 2013.  *See* ECF No. 245.

5.    The Plan, as amended as announced on the record at the hearing to consider confirmation of the Plan, provided for unclassified, unimpaired claims of administrative claims, U.S. Trustee Fees and allowed priority tax claims, along with the following classes of creditors:

a.  Class 1 – Allowed Secured Tax Claims[2];

i.  Class 1A – Allowed Secured Tangible Personal Property Tax Claims;

ii.  Class 1B – Allowed Secured Claims of the Florida Dept. of Revenue;

b.  Class 2 – Allowed Secured Claim of PNC Bank;

c.  Class 3 – Allowed Secured Claim of Trane;

d.  Classes 4a through 4ee – Allowed Secured Claims of Ford;

e.  Class 5 – Allowed Secured Claims of Paradise Bank with respect to the Paradise Vehicles;

f.  Class 6 – Allowed Secured Claim of Gemaire;

g.  Class 7 – Allowed Secured Claim of Merchant Cash;

h.  Class 8 – Allowed General Unsecured & Allowed General Undersecured Claims;

i.  Class 9 – Allowed Equity Interests; and

j.  Class 10 – Allowed Secured Claim of R&D.

**RELIEF REQUESTED AND BASIS FOR RELIEF**

6.    Through this motion, the Debtor requests that the Court issue a final decree closing this bankruptcy case as provided for in Bankruptcy Rule 3022.

7.    Section 350(a) of the Bankruptcy Code provides that the Court shall close the bankruptcy case after an estate has been fully administered.  11 U.S.C. § 350(a).  Rule 3022 of the

---

[2]    All capitalized terms shall have the meaning ascribed to them in the Plan, unless otherwise indicated herein.

Federal Rules of Bankruptcy Procedure further provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the Court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."  Fed. R. Bankr. P. 3022.

8.      The entry of a final decree closing a chapter 11 case should not be delayed solely because the payments required by the plan have not yet been completed.  *In the Matter of David Allen Johnson*, 402 B.R. 851, 856 (Bankr. N.D. Ind. 2009) (finding that the fact that the debtor had not completed plan payments did not prevent a case from being fully administered).

**A.  The Plan Is Substantially Consummated**

9.      A chapter 11 case cannot be deemed fully administered until sometime after the plan is substantially consummated.  "Substantial consummation" is defined in 11 U.S.C. § 1101(2) to mean "(a) transfer of all or substantially all of the property proposed by the plan to be transferred; (b) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and (c) commencement of distribution under the plan."  11 U.S.C. § 1101(2)(A)–(C); *see also In re Ball*, 2008 WL 2223865 (Bankr. N.D. West Virginia 2008).

10.      Below is a brief summary of the payments the foregoing Classes are to receive in full and final satisfaction of their respective Claims:

    a.   Class 1 – Allowed Secured Tax Claims;

        i.   Class 1A – Allowed Secured Tangible Personal Property Tax Claims – The Debtor shall make principal and interest monthly payments to the holder of the Allowed Class 1A Claim over a period of four (4) years from the Effective Date or for a period of five (5) years following the

Order for Relief, whichever occurs first, fully amortized over the payment period.

ii. Class 1B – Allowed Secured Claims of the Florida Dept. of Revenue – The Debtor shall make principal and interest monthly payments to the holder of the Allowed Class 1B Claim over a period of four (4) years from the Effective Date or for a period of five (5) years following the Order for Relief, whichever occurs first, fully amortized over the payment period.

b. Class 2 – Allowed Secured Claim of PNC Bank – PNC shall be paid fifty-nine (59) monthly payments of $13,200 which includes principal and interest at the rate of 5%, amortized over twenty (20) years. Additionally, once a year, the Debtor shall make a payment in the amount equal to 80% of its net annual profit after payment of taxes (as calculated on December 31st) to PNC as a principal paydown. The Debtor shall pay the entire outstanding principal balance of PNC Bank's Allowed Secured Claim, together with accrued but unpaid interest, on or before the sixty (60) month payment date.

c. Class 3 – Allowed Secured Claim of Trane – Trane shall receive equal principal and interest monthly payments over a period of ninety-two (92) months, with interest at a rate of 5%, and fully amortized over the ninety-two (92) month period.

d. Classes 4a through 4ee – Allowed Secured Claims of Ford – The Debtor shall make equal principal and interest monthly payments to Ford as it relates to each of Ford's Allowed Secured Claims under Classes 4a through 4ee of the Plan over a period of sixty (60) months, with interest at the rate of 5%.

e.  Class 5 – Allowed Secured Claims of Paradise Bank with respect to the Paradise Vehicles – To the extent the holder of the Allowed Class 5 Claim has not been paid, the Debtor shall maintain its regular monthly payments to Paradise Bank.

f.  Class 6 – Allowed Secured Claim of Gemaire – For the duration of sixty (60) months, the Debtor shall make equal principal and interest monthly payments with interest at a rate of 5% per annum, fully amortized over five (5) years, on an indebtedness of $75,000.

g.  Class 7 – Allowed Secured Claim of Merchant Cash – For the duration of sixty (60) months, the Debtor shall make equal principal and interest monthly payments, with interest at a rate of 5% per annum, fully amortized over five (5) years, on an indebtedness of $90,000.

h.  Class 8 – Allowed General Unsecured & Allowed General Undersecured Claims:  The holders of Allowed General Unsecured and Allowed General Undersecured Claims shall receive a pro rata distribution of $100,000 over a period of five (5) years, to be paid by the Debtor in equal monthly payments.

i.  Class 9 – Allowed Equity Interests:  The holders of Allowed Equity Interests were not entitled to any distribution under the Plan.

j.  Class 10 – Allowed Secured Claim of R&D – The Debtor shall make a $10,000 lump sum payment to R&D upon the Effective Date, and shall make equal monthly payments of $2,000 commencing within thirty (30) days of the Effective Date until the remaining $60,000 is paid in full.

11.  As of the date hereof, the Debtor is current on all plan payments, payments to the United States Trustee, and all administrative claims and expenses have been paid in full.  A list of all Plan payments is contained in **Exhibit "A"** attached hereto.

12.     As indicated above in more detail, all of the property proposed by the Debtor's Plan to be transferred has been transferred.  All of the classes have either received the property they were entitled to receive as of the date of this filing or were not entitled to receive any distributions under the Plan.

13.     The Debtor has assumed the business of substantially all of the property dealt with by the Plan and the Debtor is funding the remaining payments under the Plan from the operation of the Debtor's business in the ordinary course.

14.     The Debtor's only remaining obligations under the Plan are to continue making the requisite payments.

15.     For the foregoing reasons, the Debtor's case has been substantially consummated pursuant to 11 U.S.C. § 1101(2).

**B.  The Debtor's Estate Is Fully Administered**

16.     The term "fully administered" is not defined by the either the Bankruptcy Code or the Bankruptcy Rules.  The Advisory Committee Notes to Bankruptcy Rule 3022 set forth the following non-exclusive list of factors to consider to determine whether a case has been fully administered:  (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been transferred; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor has assumed the business or management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters and adversary matters have been finally resolved. *Johnson*, 402 B.R. at 856 (Bankr. N.D. Ind. 2009) (citing Fed. R. Bankr. P. 3022, Advisory Committee Note (1991)).

17.     In the instant case, the Debtor's case has been fully administered for the following reasons:  (a) the order confirming the Debtor's Plan became final on February 10, 2014; (b) there are no deposits to be distributed; (c) any property the Plan contemplated transferring has been transferred or otherwise disposed of; (d) the Reorganized Debtor is managing its affairs; (e) payments to creditors have commenced; and (f) all outstanding motions or other contested matters have been resolved.

18.     Further, the Debtor believes that the closing of the case at the present time will serve the best interests of the Court and the creditors in that the Court can close the case on its docket and the creditors will benefit by the elimination of U.S. Trustee fees.  If the case is not closed, the Debtor will owe thousands of dollars of U.S. Trustee fees over the life of the Plan.

19.     Therefore, the instant case has been fully administered within the meaning of 11 U.S.C. § 350 making it appropriate for the Court to enter a final decree closing the Chapter 11 case.

20.     Accordingly, the Debtor seeks the entry of a final decree closing the case with leave to reinstate if the Debtor or any other party in interest defaults under the terms of the Plan.  After the entry of the final decree, the Debtor will continue to perform its duties under the Plan, make the distributions required under the Plan and otherwise enforce the terms of the Plan.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order (i) entering a final decree in this case; (ii) closing this fully administered Chapter 11 case; and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800/Facsimile: 561-998-0047
Email: bshraiberg@sfl-pa.com

By: /s/ Bradley S. Shraiberg
    Bradley S. Shraiberg, Esq.
    Florida Bar No. 121622
    Lenore M. Rosetto, Esq.
    Florida Bar No. 064448

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by notice of electronic filing via CM/ECF to all parties registered to receive such notice in this case on this the 20th day of May, 2014.

  /s/ *Bradley S. Shraiberg*   
Bradley S. Shraiberg

# EXHIBIT A

4:33 PM

05/19/14

Cash Basis

## ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| **FDOR** | | | | | | | | | |
| Check | 3/7/2014 | 4233 | FLORIDA DEPART... | | | | operating regi... | 691.24 | |
| Check | 3/7/2014 | 4234 | FLORIDA DEPART... | | | | operating regi... | 600.50 | |
| Check | 4/8/2014 | 5369 | FLORIDA DEPART... | | | | operating regi... | 61.94 | |
| Check | 4/8/2014 | 5390 | FLORIDA DEPART... | | | | operating regi... | 61.94 | |
| Check | 4/9/2014 | 5367 | FLORIDA DEPART... | | | | operating regi... | 691.24 | |
| Check | 4/9/2014 | 5368 | FLORIDA DEPART... | | | | operating regi... | 600.50 | |
| Check | 5/5/2014 | 5182 | FLORIDA DEPART... | | | | operating regi... | 61.94 | |
| Check | 5/6/2014 | 5180 | FLORIDA DEPART... | | | | operating regi... | 691.24 | |
| Check | 5/6/2014 | 5181 | FLORIDA DEPART... | | | | operating regi... | 600.50 | |
| Total FDOR | | | | | | | | 4,061.04 | 0.00 |
| **TOTAL** | | | | | | | | 4,061.04 | 0.00 |

4:33 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| **Ford** | | | | | | | | | |
| Check | 3/3/2014 | 1110 | ford credit | | | | payroll regions | 96.84 | |
| Check | 3/3/2014 | 1102 | ford credit | | | | payroll regions | 83.16 | |
| Check | 3/3/2014 | 1114 | ford credit | | | | payroll regions | 73.38 | |
| Check | 3/3/2014 | 1183 | ford credit | | | | payroll regions | 72.49 | |
| Check | 3/3/2014 | 1117 | ford credit | | | | payroll regions | 158.98 | |
| Check | 3/3/2014 | 1094 | ford credit | | | | payroll regions | 108.96 | |
| Check | 3/3/2014 | 1111 | ford credit | | | | payroll regions | 88.17 | |
| Check | 3/3/2014 | 1109 | ford credit | | | | payroll regions | 78.79 | |
| Check | 3/3/2014 | 1101 | ford credit | | | | payroll regions | 74.01 | |
| Check | 3/3/2014 | 1097 | ford credit | | | | payroll regions | 72.06 | |
| Check | 3/3/2014 | 1116 | ford credit | | | | payroll regions | 69.77 | |
| Check | 3/3/2014 | 1135 | ford credit | | | | payroll regions | 63.21 | |
| Check | 3/3/2014 | 1108 | ford credit | | | | payroll regions | 60.26 | |
| Check | 3/3/2014 | 1098 | ford credit | | | | payroll regions | 219.78 | |
| Check | 3/3/2014 | 1133 | ford credit | | | | payroll regions | 52.97 | |
| Check | 3/3/2014 | 1118 | ford credit | | | | payroll regions | 214.47 | |
| Check | 3/3/2014 | 1096 | ford credit | | | | payroll regions | 52.52 | |
| Check | 3/3/2014 | 1095 | ford credit | | | | payroll regions | 163.22 | |
| Check | 3/3/2014 | 1178 | ford credit | | | | payroll regions | 50.68 | |
| Check | 3/3/2014 | 1182 | ford credit | | | | payroll regions | 50.68 | |
| Check | 3/3/2014 | 1107 | ford credit | | | | payroll regions | 158.30 | |
| Check | 3/3/2014 | 1100 | ford credit | | | | payroll regions | 47.90 | |
| Check | 3/3/2014 | 1099 | ford credit | | | | payroll regions | 148.54 | |
| Check | 3/3/2014 | 1176 | ford credit | | | | payroll regions | 44.80 | |
| Check | 3/3/2014 | 1103 | ford credit | | | | payroll regions | 147.74 | |
| Check | 3/3/2014 | 1177 | ford credit | | | | payroll regions | 44.80 | |
| Check | 3/3/2014 | 1113 | ford credit | | | | payroll regions | 127.75 | |
| Check | 3/3/2014 | 1181 | ford credit | | | | payroll regions | 42.49 | |
| Check | 3/3/2014 | 1106 | ford credit | | | | payroll regions | 117.87 | |
| Check | 3/3/2014 | 1134 | ford credit | | | | payroll regions | 39.17 | |
| Check | 3/3/2014 | 1115 | ford credit | | | | payroll regions | 117.87 | |
| Check | 3/3/2014 | 1179 | ford credit | | | | payroll regions | 35.61 | |
| Check | 3/3/2014 | 1180 | ford credit | | | | payroll regions | 112.47 | |
| Check | 3/3/2014 | 1136 | ford credit | | | | payroll regions | 25.42 | |
| Check | 3/3/2014 | 1112 | ford credit | | | | payroll regions | 109.32 | |
| Check | 3/3/2014 | 1185 | ford credit | | | | payroll regions | 16.04 | |
| Check | 3/3/2014 | 1184 | ford credit | | | | payroll regions | 10.23 | |
| Check | 3/3/2014 | 1105 | ford credit | | | | payroll regions | 108.96 | |
| Check | 3/3/2014 | 1174 | ford credit | | | | payroll regions | 3.84 | |
| Check | 3/3/2014 | 1186 | ford credit | | | | payroll regions | 104.81 | |
| Check | 3/3/2014 | 1175 | ford credit | | | | payroll regions | 3.74 | |
| Check | 3/3/2014 | 1132 | ford credit | | | | payroll regions | 102.26 | |
| Check | 3/4/2014 | 1104 | ford credit | | | | payroll regions | 155.83 | |
| Check | 3/4/2014 | 1187 | ford credit | | | | payroll regions | 57.57 | |
| Check | 3/4/2014 | 1137 | ford credit | | | | payroll regions | 52.38 | |
| Check | 3/25/2014 | 1188 | ford credit | | | | payroll regions | 22.46 | |
| Check | 4/25/2014 | 1227 | ford credit | | | | payroll regions | 127.75 | |
| Check | 4/25/2014 | 1230 | ford credit | | | | payroll regions | 117.87 | |

4:33 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| Check | 4/25/2014 | 1226 | ford credit | | | | payroll regions | 109.32 | |
| Check | 4/25/2014 | 1219 | ford credit | | | | payroll regions | 108.96 | |
| Check | 4/25/2014 | 1234 | ford credit | | | | payroll regions | 102.26 | |
| Check | 4/25/2014 | 1225 | ford credit | | | | payroll regions | 88.17 | |
| Check | 4/25/2014 | 1216 | ford credit | | | | payroll regions | 83.16 | |
| Check | 4/25/2014 | 1223 | ford credit | | | | payroll regions | 78.79 | |
| Check | 4/25/2014 | 1228 | ford credit | | | | payroll regions | 73.38 | |
| Check | 4/25/2014 | 1222 | ford credit | | | | payroll regions | 60.26 | |
| Check | 4/25/2014 | 1235 | ford credit | | | | payroll regions | 52.97 | |
| Check | 4/25/2014 | 1210 | ford credit | | | | payroll regions | 52.52 | |
| Check | 4/25/2014 | 1212 | ford credit | | | | payroll regions | 219.78 | |
| Check | 4/25/2014 | 1214 | ford credit | | | | payroll regions | 47.90 | |
| Check | 4/25/2014 | 1233 | ford credit | | | | payroll regions | 214.47 | |
| Check | 4/25/2014 | 1236 | ford credit | | | | payroll regions | 39.17 | |
| Check | 4/25/2014 | 1232 | ford credit | | | | payroll regions | 158.98 | |
| Check | 4/25/2014 | 1221 | ford credit | | | | payroll regions | 158.30 | |
| Check | 4/25/2014 | 1218 | ford credit | | | | payroll regions | 155.83 | |
| Check | 4/28/2014 | 5111 | ford credit | | | | operating regi... | 214.47 | |
| Check | 4/28/2014 | 5102 | ford credit | | | | operating regi... | 78.79 | |
| Check | 4/28/2014 | 5216 | ford credit | | | | operating regi... | 163.22 | |
| Check | 4/28/2014 | 5222 | ford credit | | | | operating regi... | 74.01 | |
| Check | 4/28/2014 | 5110 | ford credit | | | | operating regi... | 158.98 | |
| Check | 4/28/2014 | 5107 | ford credit | | | | operating regi... | 73.38 | |
| Check | 4/28/2014 | 5100 | ford credit | | | | operating regi... | 158.30 | |
| Check | 4/28/2014 | 5218 | ford credit | | | | operating regi... | 72.06 | |
| Check | 4/28/2014 | 5097 | ford credit | | | | operating regi... | 155.83 | |
| Check | 4/28/2014 | 5109 | ford credit | | | | operating regi... | 69.77 | |
| Check | 4/28/2014 | 5220 | ford credit | | | | operating regi... | 148.54 | |
| Check | 4/28/2014 | 5115 | ford credit | | | | operating regi... | 63.21 | |
| Check | 4/28/2014 | 5108 | ford credit | | | | operating regi... | 117.87 | |
| Check | 4/28/2014 | 5117 | ford credit | | | | operating regi... | 52.38 | |
| Check | 4/28/2014 | 5099 | ford credit | | | | operating regi... | 117.87 | |
| Check | 4/28/2014 | 5221 | ford credit | | | | operating regi... | 47.90 | |
| Check | 4/28/2014 | 5105 | ford credit | | | | operating regi... | 109.32 | |
| Check | 4/28/2014 | 5114 | ford credit | | | | operating regi... | 39.17 | |
| Check | 4/28/2014 | 5098 | ford credit | | | | operating regi... | 108.96 | |
| Check | 4/28/2014 | 5215 | ford credit | | | | operating regi... | 108.96 | |
| Check | 4/28/2014 | 5116 | ford credit | | | | operating regi... | 25.42 | |
| Check | 4/28/2014 | 5103 | ford credit | | | | operating regi... | 96.84 | |
| Check | 4/28/2014 | 5104 | ford credit | | | | operating regi... | 88.17 | |
| Check | 4/28/2014 | 5219 | ford credit | | | | operating regi... | 219.78 | |
| Check | 4/28/2014 | 5223 | ford credit | | | | operating regi... | 83.16 | |
| Check | 4/28/2014 | 5096 | ford credit | | | | operating regi... | 147.74 | |
| Check | 4/28/2014 | 5101 | ford credit | | | | operating regi... | 60.26 | |
| Check | 4/28/2014 | 5113 | ford credit | | | | operating regi... | 52.97 | |
| Check | 4/28/2014 | 5106 | ford credit | | | | operating regi... | 127.75 | |
| Check | 4/28/2014 | 5217 | ford credit | | | | operating regi... | 52.52 | |
| Check | 4/28/2014 | 1237 | ford credit | | | | payroll regions | 63.21 | |
| Check | 4/28/2014 | 1239 | ford credit | | | | payroll regions | 52.38 | |

4:33 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| Check | 4/28/2014 | 1238 | ford credit | | | | payroll regions | 25.42 | |
| Check | 4/28/2014 | 1209 | ford credit | | | | payroll regions | 163.22 | |
| Check | 4/28/2014 | 1213 | ford credit | | | | payroll regions | 148.54 | |
| Check | 4/28/2014 | 1217 | ford credit | | | | payroll regions | 147.74 | |
| Check | 4/28/2014 | 1220 | ford credit | | | | payroll regions | 117.87 | |
| Check | 4/28/2014 | 1224 | ford credit | | | | payroll regions | 96.84 | |
| Check | 4/28/2014 | 1215 | ford credit | | | | payroll regions | 74.01 | |
| Check | 4/28/2014 | 1211 | ford credit | | | | payroll regions | 72.06 | |
| Check | 4/28/2014 | 1231 | ford credit | | | | payroll regions | 69.77 | |
| Check | 5/14/2014 | 1208 | ford credit | | | | payroll regions | 108.96 | |
| Total Ford | | | | | | | | 10,140.03 | 0.00 |
| TOTAL | | | | | | | | 10,140.03 | 0.00 |

4:34 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| **gemaire** | | | | | | | | | |
| Check | 5/16/2014 | 5391 | euler hermes | | | | operating regi... | 12,738.06 | |
| Check | 5/16/2014 | 5392 | euler hermes | | | | operating regi... | 1,415.34 | |
| Check | 5/16/2014 | 4229 | euler hermes | | | | operating regi... | 1,415.34 | |
| Total gemaire | | | | | | | | 15,568.74 | 0.00 |
| **TOTAL** | | | | | | | | 15,568.74 | 0.00 |

4:35 PM

05/19/14

Cash Basis

## ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| **I** | | | | | | | | | |
| Check | 3/17/2014 | 4232 | irs | | | | operating regi... | 11,305.83 | |
| Check | 4/17/2014 | 5371 | irs | | | | operating regi... | 11,305.83 | |
| Check | 5/15/2014 | 5184 | irs | | | | operating regi... | 11,305.83 | |
| Total I | | | | | | | | 33,917.49 | 0.00 |
| **TOTAL** | | | | | | | | 33,917.49 | 0.00 |

4:35 PM

05/19/14

Cash Basis

**ALL YEAR COOLING & HEATING, INC**
**Transaction Detail By Account**
January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| **MCC LOAN** | | | | | | | | | |
| Check | 2/27/2014 | 4230 | mcc | | | | operating regi... | 1,698.41 | |
| Check | 3/26/2014 | 5378 | mcc | | | | operating regi... | 1,698.41 | |
| Check | 4/29/2014 | 5191 | mcc | | | | operating regi... | 1,698.41 | |
| Total MCC LOAN | | | | | | | | 5,095.23 | 0.00 |
| **TOTAL** | | | | | | | | 5,095.23 | 0.00 |

4:37 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| **pnc loan** | | | | | | | | | |
| Check | 2/27/2014 | 4236 | Pnc Bank | | | | operating regi... | 13,200.00 | |
| Check | 3/27/2014 | 5373 | Pnc Bank | | | | operating regi... | 13,200.00 | |
| Check | 4/29/2014 | 5186 | Pnc Bank | | | | operating regi... | 13,200.00 | |
| Total pnc loan | | | | | | | | 39,600.00 | 0.00 |
| **TOTAL** | | | | | | | | 39,600.00 | 0.00 |

Page 1

4:38 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| **RD SETTLEMENT** | | | | | | | | | |
| Check | 2/26/2014 | 4235 | R&D PROPERTIES | | | | operating regi... | 10,000.00 | |
| Check | 4/4/2014 | 5375 | R&D PROPERTIES | | | | operating regi... | 2,000.00 | |
| Check | 4/25/2014 | 5189 | R&D PROPERTIES | | | | operating regi... | 2,000.00 | |
| Total RD SETTLEMENT | | | | | | | | 14,000.00 | 0.00 |
| **TOTAL** | | | | | | | | 14,000.00 | 0.00 |

4:38 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| **trane settlement** | | | | | | | | | |
| Check | 2/25/2014 | 4231 | Trane SETTLEMENT | | | | operating regi... | 48,146.96 | |
| Check | 2/25/2014 | 4237 | Trane SETTLEMENT | | | | operating regi... | 8,024.41 | |
| Check | 3/24/2014 | 5372 | Trane SETTLEMENT | | | | operating regi... | 24,073.23 | |
| Check | 4/25/2014 | 5185 | TRANE | | | | operating regi... | 8,024.41 | |
| Total trane settlement | | | | | | | | 88,269.01 | 0.00 |
| **TOTAL** | | | | | | | | 88,269.01 | 0.00 |

4:39 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| **Unsecured payments** | | | | | | | | | |
| Check | 2/24/2014 | 4295 | LINCOLN FINANCI... | | | | operating regi... | 346.36 | |
| Check | 2/24/2014 | 4316 | Willie WALKER | | | | operating regi... | 280.04 | |
| Check | 2/24/2014 | 4301 | NICHOLAS CHENES | | | | operating regi... | 208.08 | |
| Check | 2/24/2014 | 4287 | FLORIDA DESIGN | | | | operating regi... | 149.69 | |
| Check | 2/24/2014 | 4309 | RYAN HANRAHAN | | | | operating regi... | 130.05 | |
| Check | 2/24/2014 | 4255 | Andre LA FERRIE | | | | operating regi... | 97.54 | |
| Check | 2/24/2014 | 4280 | ECONOMIC ELEC... | | | | operating regi... | 16.17 | |
| Check | 2/25/2014 | 4291 | Gk services | | | | operating regi... | 385.66 | |
| Check | 2/25/2014 | 4314 | TARVis wiggins | | | | operating regi... | 378.87 | |
| Check | 2/25/2014 | 4304 | PERcival francis | | | | operating regi... | 305.61 | |
| Check | 2/25/2014 | 4318 | Yvon TOUSAINT | | | | operating regi... | 191.60 | |
| Check | 2/25/2014 | 4310 | SAFE TECHNOLGI... | | | | operating regi... | 68.93 | |
| Check | 2/25/2014 | 4306 | plantation | | | | operating regi... | 3.08 | |
| Check | 2/25/2014 | 4288 | FORMA TECH | | | | operating regi... | 6.28 | |
| Check | 2/26/2014 | 4270 | CLEMENT FACEY | | | | operating regi... | 332.92 | |
| Check | 2/26/2014 | 4249 | ALLEY LOUISE PI... | | | | operating regi... | 200.27 | |
| Check | 2/26/2014 | 4203 | AMERICAN EXPRE... | | | | operating regi... | 191.01 | |
| Check | 2/26/2014 | 4219 | R&D PROPERTIES | | | | operating regi... | 157.65 | |
| Check | 2/26/2014 | 4275 | cooper crane | | | | operating regi... | 154.11 | |
| Check | 2/26/2014 | 4279 | DIXIE CLAMP AND... | | | | operating regi... | 37.11 | |
| Check | 2/26/2014 | 4248 | KARCH AL | | | | operating regi... | 0.20 | |
| Check | 2/26/2014 | 4303 | PASQUALE BARR... | | | | operating regi... | 346.79 | |
| Check | 2/27/2014 | 4218 | Pnc Bank | | | | operating regi... | 352.68 | |
| Check | 2/27/2014 | 4276 | DELL | | | | operating regi... | 326.77 | |
| Check | 2/27/2014 | 4289 | FOX SPORTS | | | | operating regi... | 303.77 | |
| Check | 2/27/2014 | 4315 | TERRANCE GAINES | | | | operating regi... | 208.08 | |
| Check | 2/27/2014 | 4282 | FLEET MATICS | | | | operating regi... | 168.48 | |
| Check | 2/27/2014 | 4238 | BROWARD COUNTY | | | | operating regi... | 80.11 | |
| Check | 2/27/2014 | 4214 | mcc | | | | operating regi... | 58.52 | |
| Check | 2/27/2014 | 4250 | ALTERA | | | | operating regi... | 33.20 | |
| Check | 2/27/2014 | 4224 | suntrust bank | | | | operating regi... | 20.23 | |
| Check | 2/27/2014 | 4206 | CLEAR CHANNEL | | | | operating regi... | 13.99 | |
| Check | 2/27/2014 | 4213 | LIBERTY MUTUAL | | | | operating regi... | 9.00 | |
| Check | 2/27/2014 | 4269 | plantation | | | | operating regi... | 8.70 | |
| Check | 2/28/2014 | 4298 | MID CONTINENT | | | | operating regi... | 57.26 | |
| Check | 2/28/2014 | 4246 | AIR SYSTEMS DIS... | | | | operating regi... | 34.65 | |
| Check | 2/28/2014 | 4215 | miami herald | | | | operating regi... | 15.15 | |
| Check | 2/28/2014 | 4263 | Capital Office Prod... | | | | operating regi... | 8.91 | |
| Check | 3/3/2014 | 4228 | rheem | | | | operating regi... | 17.74 | |
| Check | 3/3/2014 | 4272 | comcast | | | | operating regi... | 1.90 | |
| Check | 3/3/2014 | 4294 | LENNOX | | | | operating regi... | 1.21 | |
| Check | 3/3/2014 | 4262 | Bgt | | | | operating regi... | 170.05 | |
| Check | 3/4/2014 | 4257 | AUDIOTEL | | | | operating regi... | 1.62 | |
| Check | 3/5/2014 | 4245 | ACTIVE ALARMS | | | | operating regi... | 8.19 | |
| Check | 3/6/2014 | 4261 | BAKER DISTRIBU... | | | | operating regi... | 164.77 | |
| Check | 3/7/2014 | 4283 | FLORIDA DEPART... | | | | operating regi... | 7.14 | |
| Check | 3/7/2014 | 4286 | FLORIDA DEPART... | | | | operating regi... | 5.19 | |
| Check | 3/7/2014 | 4300 | Nexcom | | | | operating regi... | 2.46 | |

Page 1

4:39 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| Check | 3/10/2014 | 4307 | POMPER SHEET ... | | | | operating regi... | 71.88 | |
| Check | 3/11/2014 | 4266 | city of fort lauderdale | | | | operating regi... | 15.10 | |
| Check | 3/11/2014 | 4207 | FLEETONE | | | | operating regi... | 8.57 | |
| Check | 3/12/2014 | 4297 | Manpower | | | | operating regi... | 228.30 | |
| Check | 3/13/2014 | 4322 | FINs media | | | | operating regi... | 16.48 | |
| Check | 3/14/2014 | 4204 | Carrier Enterprises, ... | | | | operating regi... | 55.90 | |
| Check | 3/14/2014 | 4311 | Sprint | | | | operating regi... | 5.02 | |
| Check | 3/17/2014 | 4210 | irs | | | | operating regi... | 112.47 | |
| Check | 3/18/2014 | 4260 | BECKER & POLIA... | | | | operating regi... | 12.21 | |
| Check | 3/24/2014 | 4273 | comcast | | | | operating regi... | 434.21 | |
| Check | 3/24/2014 | 4222 | TRACY WILLIAMS | | | | operating regi... | 11.82 | |
| Check | 3/26/2014 | 4308 | PRO enterprises | | | | operating regi... | 180.62 | |
| Check | 3/26/2014 | 5377 | mcc | | | | operating regi... | 58.52 | |
| Check | 3/27/2014 | 5374 | Pnc Bank | | | | operating regi... | 352.68 | |
| Check | 3/28/2014 | 5170 | miami herald | | | | operating regi... | 15.15 | |
| Check | 3/31/2014 | 4290 | frediman cohen | | | | operating regi... | 25.36 | |
| Check | 3/31/2014 | 5176 | suntrust bank | | | | operating regi... | 20.23 | |
| Check | 4/1/2014 | 5379 | AMERICAN EXPRE... | | | | operating regi... | 191.01 | |
| Check | 4/1/2014 | 4258 | Avcoa | | | | operating regi... | 145.33 | |
| Check | 4/1/2014 | 4221 | wsvn | | | | operating regi... | 20.31 | |
| Check | 4/1/2014 | 5174 | wsvn | | | | operating regi... | 20.31 | |
| Check | 4/1/2014 | 5381 | CLEAR CHANNEL | | | | operating regi... | 13.99 | |
| Check | 4/2/2014 | 4212 | kirk thomas | | | | operating regi... | 11.76 | |
| Check | 4/2/2014 | 5387 | kirk thomas | | | | operating regi... | 11.76 | |
| Check | 4/2/2014 | 5171 | Pb post | | | | operating regi... | 9.35 | |
| Check | 4/3/2014 | 5382 | fcci | | | | operating regi... | 36.32 | |
| Check | 4/3/2014 | 5388 | LIBERTY MUTUAL | | | | operating regi... | 9.00 | |
| Check | 4/3/2014 | 5384 | FLEETONE | | | | operating regi... | 8.57 | |
| Check | 4/4/2014 | 5376 | R&D PROPERTIES | | | | operating regi... | 157.65 | |
| Check | 4/4/2014 | 4247 | ac crane | | | | operating regi... | 20.09 | |
| Check | 4/4/2014 | 4244 | ac crane | | | | operating regi... | 16.04 | |
| Check | 4/7/2014 | 5177 | rheem | | | | operating regi... | 17.74 | |
| Check | 4/17/2014 | 5370 | irs | | | | operating regi... | 112.47 | |
| Check | 4/18/2014 | 4277 | DEPARTMENT OF ... | | | | operating regi... | 255.38 | |
| Check | 4/24/2014 | 5202 | miami herald | | | | operating regi... | 15.15 | |
| Check | 4/25/2014 | 5192 | AMERICAN EXPRE... | | | | operating regi... | 191.01 | |
| Check | 4/25/2014 | 5188 | R&D PROPERTIES | | | | operating regi... | 157.65 | |
| Check | 4/25/2014 | 5208 | suntrust bank | | | | operating regi... | 20.23 | |
| Check | 4/28/2014 | 5195 | fcci | | | | operating regi... | 36.32 | |
| Check | 4/29/2014 | 5187 | Pnc Bank | | | | operating regi... | 352.68 | |
| Check | 4/29/2014 | 5190 | mcc | | | | operating regi... | 58.52 | |
| Check | 4/29/2014 | 5201 | LIBERTY MUTUAL | | | | operating regi... | 9.00 | |
| Check | 4/30/2014 | 5194 | CLEAR CHANNEL | | | | operating regi... | 13.99 | |
| Check | 5/1/2014 | 5206 | wsvn | | | | operating regi... | 20.37 | |
| Check | 5/1/2014 | 5209 | rheem | | | | operating regi... | 17.74 | |
| Check | 5/1/2014 | 5197 | FLEETONE | | | | operating regi... | 8.57 | |
| Check | 5/2/2014 | 5198 | frank weinberg black | | | | operating regi... | 10.67 | |
| Check | 5/2/2014 | 4208 | frank weinberg black | | | | operating regi... | 10.67 | |
| Check | 5/2/2014 | 5385 | frank weinberg black | | | | operating regi... | 10.67 | |

Page 2

4:39 PM

05/19/14

Cash Basis

# ALL YEAR COOLING & HEATING, INC
## Transaction Detail By Account
### January 1 through May 19, 2014

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-------|-----|-------|-------|--------|
| Check | 5/2/2014 | 5200 | kirk thomas | | | | operating regi... | 11.76 | |
| Check | 5/6/2014 | 5203 | Pb post | | | | operating regi... | 9.35 | |
| Check | 5/15/2014 | 5183 | irs | | | | operating regi... | 112.47 | |
| Check | 5/16/2014 | 4209 | euler hermes | | | | operating regi... | 358.19 | |
| Check | 5/16/2014 | 5393 | euler hermes | | | | operating regi... | 55.90 | |
| Total Unsecured payments | | | | | | | | 10,230.30 | 0.00 |
| **TOTAL** | | | | | | | | **10,230.30** | **0.00** |