**CGFD30** (9/19/08)



**ORDERED in the Southern District of Florida on June 26, 2014**

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 13–11811–RBR**

**Chapter: 11**

**In re:** *Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years)*

| | |
|---|---|
| All Year Cooling and Heating, Inc.<br>1345 NE 4th Avenue<br>Fort Lauderdale, FL 33304<br><br>EIN: 59–1496800 | All Year Electric, Inc.<br>1345 NE 4th Ave<br>Fort Lauderdale, FL 33304<br><br>EIN: 59–1998685 |

## FINAL DECREE

A Final Report and Motion for Entry of Final Decree having been filed on behalf of the debtor, this chapter 11 case is closed. If applicable, all future payments under the plan of reorganization shall be disbursed in accordance with the plan.

### # # #

The clerk shall serve a copy of this Final Decree on the Debtor, Attorney for Debtor, and the U.S. Trustee